UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LAWRENCE AVIATION INDUSTRIES, INC., GERALD
COHEN AND ONE HUNDRED TWENTY- FIVE
ACRES OF LAND, MORE OR LESS, LOCATED
CONTIGUOUSLY OFF SHEEP PASTURE ROAD,
PORT JEFFERSON STATION, NEW YORK,

                Defendants.
----------------------------------------------------------------x

Index No.
CV-06-4818 (JFB)(ARL)

**ORDER TO SHOW CAUSE**

      Upon the annexed affidavit of Charlotte A. Biblow, Esq., sworn to January 25, 2011, and upon all of the pleadings and proceedings previously had herein, it is hereby:

      **ORDERED** that Claimants Global Home Group LLC and JPEC Land Development LLC show cause before the Honorable Joseph F. Bianco, United States District Judge, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, 11722 on the ___ day of February 2011, at 9:30 a.m., or as soon thereafter as counsel can be heard, why an order should not be made and entered allowing the law firm of Farrell Fritz, P.C. to withdraw from representing Claimants Global Home Group LLC and JPEC Land Development LLC in this action; and it is further;

      **ORDERED** that the service of a copy of this Order to Show Cause, together with the papers upon which it is granted, be served upon Claimants Global Home Group LLC and JPEC Land Development LLC by Federal Express at their principal place of business located at 235 Brooksite Drive, Hauppauge, New York 11788 on or before the ___ day of February 2011, shall

be deemed good and sufficient service upon both Claimants Global Home Group LLC and JPEC Land Development LLC; and it is further;

**ORDERED** that Claimants Global Home Group LLC and JPEC Land Development LLC shall serve their answering papers, if any, by Federal Express, on or before February ___, 2011; and it is further;

**ORDERED** that Farrell Fritz, P.C. shall serve its reply papers, if any, by Federal Express, on or before February ___, 2011.

E N T E R :

_____
Honorable Joseph F. Bianco
United States District Judge