UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,               **ORDER**
                                                CV 06-4818 (JFB)(ARL)

      -against-

LAWRENCE AVIATION INDUSTRIES, et al.,

                       Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the motion of counsel for the claimants Global Home Group LLC and JPEC Land Development LLC, to withdraw. The application, which was brought by order to show cause before Judge Bianco, and redirected to the undersigned, does not seek emergent relief and thus, will be treated as a letter application. On or before, February 4, 2011, the claimants Global Home Group LLC and JPEC Land Development LLC, the plaintiff, and the defendants may respond to the application in a three page letter.


Dated:  Central Islip, New York                **SO ORDERED:**
        January 26, 2011


                                          _____/s/_____
                                          ARLENE ROSARIO LINDSAY
                                          United States Magistrate Judge