UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      Plaintiff,          CV 06 4818 (JFB)(AYS)

      -against-

                                                      **NOTICE OF MOTION TO**
LAWRENCE AVIATION INDUSTRIES, INC.,       **WITHDRAW AS COUNSEL**
GERALD COHEN, and ONE HUNDRED TWENTY-
FIVE ACRES OF LAND, MORE OR LESS, LOCATED
CONTIGUOUSLY OFF SHEEP PASTURE ROAD,
PORT JEFFERSON STATION, NEW YORK,

                                     Defendants.
-------------------------------------------------------------------------x

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern District of New York, the Creadore Law Firm, P.C., hereby moves to withdraw as counsel for Defendant Lawrence Aviation Industries, Inc. and defendant Gerald Cohen in the above-captioned matter.  A declaration in support of this motion is submitted herewith.

Dated: August 19, 2015

                                                **THE CREADORE LAW FIRM, P.C.**
                                                *Attorneys for Defendants Lawrence Aviation Industries Inc.*
                                               *and Gerald Cohen*

                                               By: ___/s/ Donald E. Creadore_____
                                                      Donald E. Creadore (DC 88984)
                                                      305 Broadway, 7th Floor
                                                      New York, New York 10007
                                                      (212) 355-7200