## AFFIRMATION OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NEW YORK   )

Donald E. Creadore, an attorney duly licensed to practice before the Courts of the State of New York, says:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On August 20th, 2015, I served a true copy of the annexed NOTICE OF MOTION TO WITHDRAW AS COUNSEL WITH SUPPORTING DECLARATION by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Gerald Cohen
      38 Bridle Path Road
      St. James, NY 11780

      LAWRENCE AVIATION INDUSTRIES, INC.
      c/o Gerald Cohen
      38 Bridle Path Road
      St. James, NY 11780

      LAWRENCE AVIATION INDUSTRIES, INC.
      Sheep Pasture Road
      Port Jefferson Station, NY 11776

      Robert Kambic, Esq.
      610 Federal Plaza
      Central Islip, NY 11722-4454

      Elisa M. Pugliese, Esq.
      Cullen & Dykman, LLP
      44 Wall Street
      NY, NY 10005

2550-1

Leonard Kapsalis, Esq.
Suffolk County Attorney
H. Lee Dennison Bldg.
100 Veterans Memorial Hwy.
Huappaugue, NY 11788-0099

Stephen M. Nagle, Esq.
Office of the Attorney General
The Capital
Albany, NY 12224

Janeen M. Howarth, Esq.
Smith Carroad Levy & Wan, LLP
5036 Jerhico Turnpike
Commack, NY 11725

Glenn P. Berger, Esq.
Jaffee & Asher, LLP
600 Third Ave.
NY, NY 10016

David R. Hick, Esq
Cohen Weiss & Simon
330 W. 42nd St. – 25th flr.
NY. NY 10036

John Wagner, Esq.
Certilman Balin Adler & Hyman, LLP
100 Motor Parkway, Ste 156
Hauppaugue, NY 11788

Edna Sussman, Esq.
SussmanADR, LLC
20 Oak Lane
Scarsdale, NY 10583

_____
DONALD E CREADORE

2550-1